UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18CR00215 SNLJ |
| | ) | |
| SHANNON RENEE BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Nannette A. Baker (#58), filed December 10, 2019 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#40) be **DENIED**.

Dated this 24th day of January, 2019.


_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE