UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18CR00215 SNLJ |
| | ) |
| JACOB CLAYTON BREWER and, | ) |
| SHANNON RENNEE BRADLEY, | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S MOTION TO AMEND THE INDICTMENT BY INTERLINEATION

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Sara E. Koppenaal, Assistant United States Attorney for said District, and files its motion to amend the indictment by interlineation, and in support thereof states as follows:

Within the indictment of the above-referenced case, Fentanyl is incorrectly described as being classified as a Schedule I controlled substance. Fentanyl is classified as a Schedule II controlled substance pursuant to Title 21, United States Code, Section 812. The undersigned has discussed this matter with defendant Brewer's attorney, Jason A. Korner, and defendant Bradley's attorney, William S. Margulis, and they do not have any objection to the Government filing this motion to reflect Fentanyl as a Schedule II controlled substance.

WHEREFORE, the Government moves to amend the indictment by interlineation to correctly reflect Fentanyl as a Schedule II controlled substance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


 s/ *Sara E. Koppenaal*
SARA E. KOPPENAAL, #66605MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-3991

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Jason A. Korner, attorney of record for defendant Brewer, and
William S. Margulis, attorney of record for defendant Bradley.

*s/ Sara E. Koppenaal*
SARA E. KOPPENAAL, #66605MO
Assistant United States Attorney