IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

-VS-

SHANNON BRADLEY

Aliases:

Defendant

## CHARGES

Count: 01 POSSESSION OF CONTROLLED SUBSTANCE EXCEPT 35 GRAMS OR LESS OF MARIJUANA/SYNTHETIC CANNABINOID - CLASS D FELONY

## COMPLAINT

State of Missouri   )
County of St. Louis ) SS

    Comes now the State of Missouri by and through the undersigned Assistant Prosecuting Attorney on information and belief that there is probable cause to believe that the above named defendant committed the following crime(s):

**COUNT: 01  POSSESSION OF CONTROLLED SUBSTANCE EXCEPT 35 GRAMS OR LESS OF MARIJUANA/SYNTHETIC CANNABINOID - CLASS D FELONY**

    That Shannon Bradley , in violation of Section 579.015, RSMo, committed the class D felony of possession of a controlled substance, punishable upon conviction under Section(s) 558.002 and 558.011, RSMo, in that on or about May 23, 2017, in the County of St. Louis, State of Missouri, the defendant knowingly possessed heroin, a controlled substance, knowing of its presence and nature.
579.015-001Y20173599.0

    The undersigned Prosecutor informs the Court on information and belief that the above offense(s) herein charged were committed.

/s/
MBE
Assistant Prosecuting Attorney

Ct. No.                                                                                                  Div.  Circuit Court of St. Louis County, Missouri

Electronically Filed - St Louis County - October 16, 2017 - 11:55 AM

I, <u>Eric Roach, DSN 4136, St. Louis County Police Department,</u> knowing that false statements on this form are punishable by law, state that the facts contained herein are true. I have probable cause to believe that on May 23, 2017, at 9035 Gravois Rd, Shannon Bradley, White, Female, DOB ( ▮▮▮▮ ) 5'07", 140lbs, committed one or more criminal offense(s).

Count: 01    POSSESSION OF CONTROLLED SUBSTANCE EXCEPT 35 GRAMS OR LESS OF MARIJUANA/SYNTHETIC CANNABINOID - CLASS D FELONY

The facts supporting this belief are as follows:  During a traffic stop, the defendant was found to possess a syringe containing a brown liquid, which lab analysis confirmed to be heroin.


Eric Roach, DSN 4136, St. Louis County Police Department


[Signature] _P.O. Roach 4136_    Date: _10/13/2017_